UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 6:12-cr-00057-GFVT-HAI-1 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| ROGER D. KING, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Before the Court is Magistrate Judge Hanly A. Ingram's Recommended Disposition.  [R. 350.]  Defendant Roger D. King is charged with violating his supervised release conditions by (1) failing to contact probation within 72 hours of his release from imprisonment, (2) using an unlawful controlled substance, and (3) committing another federal, state or local crime.  [R. 350 at 3-4.]

On March 1, 2024, Mr. King appeared before Judge Ingram for his initial appearance pursuant to Federal Rule of Criminal Procedure 32.1.  [R. 347.]  The United States moved for detention, which Mr. King did not dispute. *Id.*  Judge Ingram remanded Mr. King to custody based on the heavy defense burden under 18 U.S.C. § 3143(a).  *Id.*  On March 19, 2024, Mr. King appeared before Judge Ingram for his final hearing.  [R. 350.]  Mr. King stipulated to to Violations # 1, 2, and 3and Judge Ingram found that he did so "competently, knowingly, voluntarily, and intelligently." [R. 349 at 1.]

Judge Ingram evaluated the entire record and considered all of the Section 3553(a) factors imported into the Section 3583(e) analysis, as well as the Guidelines Range.  Ultimately,

Judge Ingram recommends revocation with a term of eighteen months of incarceration, with no supervised release to follow.  [R. 350 at 9.]

Pursuant to Rule 59(b) of the Federal Rules of Criminal Procedure, the Report and Recommendation advised the parties that objections must be filed within fourteen (14) days of service.  *Id.* at 7; *see* 28 U.S.C. § 636(b)(1).  Mr. King did not file any objections to Judge Ingram's Report and Recommendation and waived his right to allocution.  [R. 351.]

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made.  28 U.S.C. § 636(b)(1)(c).  But when no objections are made, as in this case, the Court is not required to "review… a magistrate's factual or legal conclusions, under a de novo or any other standard."  *See Thomas v. Arn,* 474 U.S. 140, 151 (1985).  Parties who fail to object to a magistrate judge's report and recommendation are also barred from appealing to a district court's order adopting that report and recommendation. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).  Nevertheless, the Court has examined the record and agrees with Judge Ingram's recommended disposition.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The Report and Recommendation **[R. 350]** is **ADOPTED** as and for the Opinion of the Court;

2. Mr. King is found **GUILTY** of the violations;

3. Mr. King's term of supervised release is **REVOKED**;

4. Mr. King is **SENTENCED** to a term of imprisonment of eighteen (18) months with no supervised release to follow; and,

5.  Judgment shall enter promptly.


This the 28th day of March, 2024.

Gregory F. Van Tatenhove
United States District Judge